**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter __**7**__

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Maus Enterprises, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-2877808 |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4348 W. Lake Street, Unit 205**<br>**Chicago, IL 60624** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.  Debtor's website (URL)** _____

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Maus Enterprises, Inc.**                                      Case number (*if known*) _____
    Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    2361

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor     **Maus Enterprises, Inc.**                                     Case number (*if known*) _____
           Name

**10.  Are any bankruptcy cases**          ■ No
      **pending or being filed by a**       ☐ Yes.
      **business partner or an**
      **affiliate of the debtor?**

List all cases. If more than 1,
attach a separate list          Debtor  _____   Relationship _____

                                District _____ When _____  Case number, if known _____

**11.  Why is the case filed in**     *Check all that apply:*
      ***this district?***
                               ■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                    preceding the date of this petition or for a longer part of such 180 days than in any other district.

                               ☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**      ■ No
      **have possession of any**      ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **real property or personal**
      **property that needs**
      **immediate attention?**        **Why does the property need immediate attention?** (*Check all that apply.*)

                                     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                        What is the hazard? _____

                                     ☐ It needs to be physically secured or protected from the weather.

                                     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                        livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                     ☐ Other _____
                                     **Where is the property?**  _____
                                                                 Number, Street, City, State & ZIP Code
                                     **Is the property insured?**
                                     ☐ No
                                     ☐ Yes.   Insurance agency _____
                                              Contact name _____
                                              Phone _____

■  **Statistical and administrative information**

**13.  Debtor's estimation of**  .     *Check one:*
      **available funds**
                               ■  Funds will be available for distribution to unsecured creditors.

                               ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**    ☐ 1-49              ☐ 1,000-5,000           ☐ 25,001-50,000
      **creditors**            ☐ 50-99             ☐ 5001-10,000           ☐ 50,001-100,000
                               ■ 100-199           ☐ 10,001-25,000         ☐ More than100,000
                               ☐ 200-999

**15.  Estimated Assets**       ■ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.  Estimated liabilities**  ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Debtor    **Maus Enterprises, Inc.**                                                    Case number (*if known*) _____
          Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Maus Enterprises, Inc.**                                    Case number (*if known*) _____
         Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 30, 2023**
              MM / DD / YYYY

**X** **/s/ Gary Maus**                                      **Gary Maus**
Signature of authorized representative of debtor            Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ William J. Factor**                    Date   **November 30, 2023**
Signature of attorney for debtor                          MM / DD / YYYY

**William J. Factor 6205675**
Printed name

**FactorLaw**
Firm name

**105 W. Madison St., Suite 1500**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone   **312-878-6976**        Email address _____

**6205675 IL**
Bar number and State

1206 W. VICTORIA CONDO ASSOC, C
5800 N Broadway St.
Chicago, IL 60660

Abate, Diandra
2310 N Leavitt Ave Unit 2
Chicago, IL 60647

Abatix
PO Box671202
Dallas, TX 75267

ABIGAIL BROWN
5641 CIRCLE DR APT 101
Oak Lawn, IL 60453

Ace Funding Source, LLC
366 N. Broadway
Jericho, NY 11753

Adam Beemer
407 Ramblewood Dr.
Glen Ellyn, IL 60137

Aerotek, Inc.
PO Box 198531
Atlanta, GA 30384-8531

American Express
P.O. Box 960001
Los Angeles, CA 90096-8000

AmTrust Financial Services
59 Maiden Lane
New York, NY 10038

AmTrust Insurance Company
800 Superior Ave
Cleveland, OH 44114

Amy Leffingwell
c/o Stuart M Nagel
818 Elm Street
Winnetka, IL 60093

ANDERSON, DENISE
5020 W QUINCY ST 3FL
Chicago, IL 60644


Aramsco
1480 Grandview Ave
Paulsboro, NJ 08066


Arslanian, Jack
910 N Lakeshore Dr #1420
Chicago, IL 60611


Associated Builders and Contractors
600 S Second StreetSuite 403
Springfield, IL 62704


Avis Zimbler
418 Alpine Lane
Wilmette, IL 60091


Barbara Austin
c/o Law Office Lance Minor
120 North LaSalle, 20th Floor
Chicago, IL 60602


Belmonte Lillian
2112 Brandywyn Lane
Buffalo Grove, IL 60089


Berkley Net
9301 Innovation Drive, Suite 103
Manassas, VA 20110


Bernie's Book Bank
917 W North Shore Dr.
Lake Bluff, IL 60044


Bethune & Associates
14435 N. Seventh Street, #201
Phoenix, AZ 85022


Beyond Custom Co.
33 W. Higgins Rd Suite 740-745
Barrington, IL 60010

BH Construction & Flooring Inc
1866 Tweed Rd.
Inverness, IL 60067

Black Dog Furniture
820 South Cuyler Ave
Oak Park, IL 60304

Bower Consulting Group, LLC
165 N. Canal St., Suite 702
Chicago, IL 60606

Broken Glass, Inc.
455 N. Artestian Ave
Chicago, IL 60612

Business Backer
10856 Reed Hartman Highway
Suite 100
Cincinnati, OH 45242

Byrd, Steve
465 Elm Street
Glen Ellyn, IL 60137

C.D. Rigdon & Associates, Ltd.
24117 W. 103rd St, Suite J
Naperville, IL 60564

Carlotta Trust - Contents
556 W FULLERTON PKWY
Chicago, IL 60614

Carpetland
9320 Michigan Ave.
Sturtevant, WI 53177

CertaPro Painters of the North Shor
1816 Johns Dr.
Glenview, IL 60025

Chase
PO Box 6294
Carol Stream, IL 60197-6294

Chernett, Kevin and Stacy
28 Aberdeen Ct
Deerfield, IL 60015


Chris Barron
1212 N Wells St Apt 1404
Chicago, IL 60610


Clarence Brinson
736 N Homan
Chicago, IL 60624


ComEd
3 Lincoln Center
Attn. Bkcy Group-Claims Dept.
Villa Park, IL 60181


Concentra


Cond
60 E. Monroe St. Unit 3301
Chicago, IL 60603


CONDICH , PETER
3515 S Cottage Grove Ave
Chicago, IL 60653


Corine Foster
4770 N Manor, Unit 205
Chicago, IL 60625


Curtis, Tony
2310 N Leavitt Ave Unit 3
Chicago, IL 60647


Daniel Kiecana
1986 Greenleaf Dr Round
Round Lake, IL 60073


David & Burr Zwiener
60 E Monroe Unit 3301
Chicago, IL 60603

DAVIS, BRITTANY
23 N MENARD AVE 3S
Chicago, IL 60644


DIAMOND COURTS
2508 S 12TH AVE
Broadview, IL 60155


Ebinger, Ray
1300 N Lake Shore Dr
Chicago, IL 60610


Elite Services Midwest
10115 W Mawman Awe
Beach Park, IL 60087


Elizabeth Daly
11235 S Oak Park Ave
Worth, IL 60482


Ellen Bregg
3228 N Kenmore Ave Unit 3
Chicago, IL 60657


Esmeralda Villela
4537 S Drexel Blvd #507
Chicago, IL 60653


Essential Services
34121 N US Highway 45 Suite 12
Grayslake, IL 60030


EUGENE GUZZARDI
1741 N 21ST AVE
Melrose Park, IL 60160


Fernandez, Sarra
2539 W FOSTER AVE #1
Chicago, IL 60625


Fields, Amy
855 E Westminster Rd
Lake Forest, IL 60045

FRANCESCO GIAMBERDUCA
901 BARBARA ST
Lake In The Hills, IL 60156


Franklin, Charisse
6836 S LAFAYETTE AVE #2
Chicago, IL 60621


FREDDY MARQUEZ
4939 W SUPERIOR STREET
Chicago, IL 60644


Freeman Herron, Joyce
9735 S Prairie Ave
Chicago, IL 60628


French, Norma
930 N Lockwood Ave
Chicago, IL 60651


Furniture Medic by Vanderzee
607 Country Club Drive, Suite A
Bensenville, IL 60106


GARY MAUS
329 LAKE ST
Evanston, IL 60201


Gary Maus
329 Lake Street
Evanston, IL 60201-4617


Gene Goodwillie Company
1820 N. 30th AVE
Melrose Park, IL 60160


Ghazala Ovaice
1212 N LAKE SHORE DR Apt. 17C
Chicago, IL 60610


Gina Cuomo - Commercial
8335 W Grand Ave
River Grove, IL 60171

GOMEZ, SANDRA
3914 W CORTLAND ST
Chicago, IL 60647


Gregory, Marilyn
607 E 103rd Pl
Chicago, IL 60628


Guy, Madalyn
2333 W St. Paul Ave Unit 127
Chicago, IL 60647


Hallinan, Patricia
4363 Shooting Star Drive
Island Lake, IL 60042


Headway Capital
175 W. Jackson Blvd, Suite 1000
Chicago, IL 60604


Higgins, Colin
703 N East Ave
Oak Park, IL 60302


Home Depot
Processing Center
Des Moines, IA 50364


Homie Auto Repair
--
--, -- --


Huspek, Daniel
1404 N GREENVIEW AVE APT B
Chicago, IL 60642


IL Velocity Restoration
--
--, IL --


Illinois Department of Revenue
Bankruptcy Department
PO Box 19035
Springfield, IL 62794-9035

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346


ISMAEL MIRANDA
4279 W ADAMS ST
Chicago, IL 60624


JACOB GREEN
2700 W BELMONT AVE UNIT 502
Chicago, IL 60618


JAMES ANDREWS
590 E BROADWAY ST
Bradley, IL 60915


James Hayne
2216 W Armitage Unit E
Chicago, IL 60647


JANET CENTENO
5016 S LARAMIE AVENUE
Chicago, IL 60638


JC Licht
2538 Green Bay Road
Evanston, IL 60201


Jennifer Stancati
531 N Heartland Ct
Chicago, IL 60622


Jessica Pfluegl
575 Forest Hill Rd
Lake Forest, IL 60045


Jessie Williams
914 KOSTNER AVE
Matteson, IL 60443


JOHNATHAN CASTILLO
5885 N ELSTON AVENUE
Chicago, IL 60646

Johnson, Carl
16541 Dobson Ave South
South Holland, IL 60473

Johnson, Sherry
917 Ridgewood Rd
Rockford, IL 61107

Jon-Don
400 Medinah Rd.
Roselle, IL 60172-2329

JOSHUA ELLIS
43334 N MARY AVE
Antioch, IL 60002

Kaitlyn Mulligan
2432 N Lincoln Ave Unit 6
Chicago, IL 60614

Kalamata Capital LLC
7315 Wisconsin Ave
Bethesda, MD 20814

Kalco Laundry
4555 W. 60th Street
Chicago, IL 60629

Karen Martirosyan
1322 E Thurston Dr
Palatine, IL 60074

Kass Management
4770 N. Manor, Unit 205
Chicago, IL 60625

Katz, Jonathan
6318 N Melvina Ave
Chicago, IL 60646

Keller Martial Arts, Inc
3718 W Irving Park Rd
Chicago, IL 60618

Kevin Thomas
2814 W Chicago Ave #4
Chicago, IL 60622

Kevyn Porter
633 E 102 Pl
Chicago, IL 60628

Klasik Construction
2918 N Sheridan Road
Chicago, IL 60657

Kramer, Pete
712 Highland Ave
Naperville, IL 60540

Lakeland Supply Inc.
N17 W25081 Bluemound Rd.
Pewaukee, WI 53072

Lakeshore Recycling Systems (LRS)
6132 Oakton St.
Morton Grove, IL 60053

Lakkost, LLC (office lease)
180 N. Stetson Avenue, Suite 3240
Chicago, IL 60601

Lakkware LLC
c/o Kingfisher Group
180 N. Stetson Ave., suite 3240
Chicago, IL 60601

Laurie & Brennan LLP
Two North Riverside PlazaSuite 1750
Chicago, IL 60606

Lawrence Hewitt & Donna Case
2417 N Geneva Terrac
Chicago, IL 60614

Leonard Engram
14646 Chicago Rd
Dolton, IL 60419

Maus Enterprises, Inc.

LINDENBAUM, LEON
106 RUTGERS CT
Glenview, IL 60026


Linus Flooring
10 E Stonegate Dr
Prospect Heights, IL 60070


Lionsbridge Contractor
4301 Earth City Expressway
Earth City, MO 63045


Lowe's
PO Box 530954
Atlanta, GA 30353


MADISON THIVIERGE
856 9TH CT
Pleasant Prairie, WI 53158


Marcus & Boxerman
20 North Clark Street, Ste 2500
Chicago, IL 60602


Marietta Herbert-Davis
910 W Westwood Dr
Glenwood, IL 60425


Marsall Sprawls
536 N Lawler Ave
Chicago, IL 60644


Martin Electric Construction Co., I
601 W McLean Ave
Bensenville, IL 60106-2429


Matthew Victor
2200 Romm Ct
Schaumburg, IL 60194-4000


Mcdonald, Renoras
9423 South May Street
Chicago, IL 60620

Menards
PO Box 71106
Charlotte, NC 28272


MERCADO, JESUS
4730 S Springfield Ave
Chicago, IL 60632


Mercado, Yeimi
4730 S Springfield Ave
Chicago, IL 60632


Millstone Funding, Inc.
101 Sinn Street
Patchogue, NY 11772-1771


National Fire Protection Associatio
--
--, -- --


Next Gear Solutions
PO Box 200702
Dallas, TX 75320


Oliver
5121 W. Strong St.
Chicago, IL 60630


Oliveros, Juliana
5121 W Strong St
Chicago, IL 60630


Olympic Engingeering
825 S. Scoville
Oak Park, IL 60304


Paladino, Melissa
5105 N Nashville Ave
Chicago, IL 60656


PARSONS, LEONARD
2300 W Belden Ave
Chicago, IL 60647

Patricia Banks
1000 N MONITOR AVE 2
Chicago, IL 60651


Paul Davis Corp Payables
--
--, -- --


Paul Davis of Elgin
1700 Todd Farm Drive
Elgin, IL 60123


PDL Development
1030 N State Street
Suite 48C
Chicago, IL 60610


Peoples Gas-Office
PO BOX 6050
Carol Stream, IL 60197-6050


Peoples Gas-Warehouse
PO BOX 6050
Carol Stream, IL 60197-6050


PESD Inc
5109 Homestretch Drive
Loves Park, IL 61111-5392


Rau, Sandy
6 N MICHIGAN AVENUE, #1203
Chicago, IL 60602


RENEE GUZZARDI
1741 N 21ST AVE
Melrose Park, IL 60160


Republic Services


Robert Bell
P.O. Box 34
Glenview, IL 60025

Robert Half
12400 Collections Center Drive
Chicago, IL 60693


RONALD THIVIERGE II
856 9TH CT
Pleasant Prairie, WI 53158


Rosa Martinez
1239 N HARDING AVE
Chicago, IL 60651


Royal Oak Landscaping
PO Box 489
Hinsdale, IL 60521


Safe-Way Tuckpointing LLP
2211 Willow Ln
Rolling Meadows, IL 60008


Salem Media of Illinois
25 Northwest Point Boulevard
Elk Grove, IL 60007


Sedgwick Repair Solutions
PO Box 639153
Cincinnati, OH 45263-9153


Selig Leasing Company
2510 S. 108th Street
PO Box 27009
Milwaukee, WI 53227


Selig Leasing Company
2510 S. 108th Street
PO Box 27009
WI 53277


SHANNON DAHMER-RODRIGUEZ
3223 W 108TH PL
Chicago, IL 60655


Shawneese Coffee
6337 Roosevelt Rd #309
Berwyn, IL 60402

Shirley Hine
9101 Dewberry Lane
Orland Park, IL 60462

SIMON AND SIMON, PC
3750 W 26th Street
Chicago, IL 60623

Snider, Adam
4129 Saratoga ave
Downers Grove, IL 60515

Stancati, Jennifer
531 N Heartland Ct
Chicago, IL 60622

Stiles, Belinda
7830 S MERRILL AVE
Chicago, IL 60649-8000

Superior Property Systems, Inc.
14 Congress Circle
Roselle, IL 60172

Sutton Leasing
1471 East 12 Mile Road
Building H
Madison Heights, MI 48071

Sutton Leasing [19]
1471 East 12 Mile Road, Building H
Madison Heights, MI 48071

Tanaja Williams
2535 W Flournoy Unit 3
Chicago, IL 60612

THOMAS GATZ
804 S HOME AVE
Park Ridge, IL 60068

Tipping & Pagni-RECON
1220 W. Eddy St.
Chicago, IL 60657

Triple A Painting and Wall Rest.
1350 Glacier Parkway
Algonquin, IL 60102


United States Attorney
Civil Process Clerk
219 S. Dearborn St., Rm. 500
Chicago, IL 60604


Valdez Remodeling Corp
3745 S 58th Ct.
Cicero, IL 60804


Velez, Lisamarie
5246 N Mason Ave
Chicago, IL 60630


Villela, Esmeralda
4537 S Drexel Blvd #507
Chicago, IL 60653


Wadach Construction Inc.
3040 Hawthrone St
Franklin Park, IL 60131


Waters, Andrew
3129 N WESTERN AVE #1
Chicago, IL 60618


WEN, ZHE
8101 FLORAL AVE Skokie
Skokie, IL 60077


Westhill
800 Battery Ave SE, Ste #100
Atlanta, GA 30339


Workhorse Professionals
c/o Robert Lewin, Esq.
5225 Old Orchard R., Suite 50
Fairfax, VA 22036


Wynn & Associates LLC
2734 W Superior St
Chicago, IL 60612

Yahya-Masood Mohammed
304 Spring Creek Circle
Schaumburg, IL 60173

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Maus Enterprises, Inc.** _____   Case No. _____

                                                    Debtor(s)        Chapter   **7** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Maus Enterprises, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Gary Maus**
**329 Lake Street**
**Evanston, IL 60201**
_____

☐ None [*Check if applicable*]

**November 30, 2023**
_____        /s/ William J. Factor
Date                                    **William J. Factor 6205675**

                                        Signature of Attorney or Litigant
                                        Counsel for   **Maus Enterprises, Inc.**
                                        **FactorLaw**
                                        **105 W. Madison St., Suite 1500**
                                        **Chicago, IL 60602**
                                        **312-878-6976 Fax:847-574-8233**